# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**MARIA MOSQUEDA-GONZALEZ,**<br><br>　　　　　　　　　Defendant. | CR NOs:　2:14-CR-00181-JAM<br>　　　　　　 2:08-CR-00446-MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　　☐ Ad Testificandum

Name of Detainee: MARIA MOSQUEDA-GONZALEZ
Detained at: SACRAMENTO COUNTY JAIL　　　　**X** TSR Violation
Detainee is:　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　　charging detainee with: Deported Alien Found in the United States
　　or　　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☐ return to the custody of detaining facility upon termination of proceedings
　　or　　　　 b.) ☒ be retained in federal custody until final disposition of federal charges

*Appearance is necessary on August 26, 2014 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Nirav Desai |
| Printed Name & Phone No: | AUSA NIRAV DESAI   916-554-2716 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, August 26, 2014, at 2:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 20, 2014

　　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　Honorable Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Maria Mosqueda, Maria Miguel, Maria Savala | ☐ Male | ☒ Female |
| Booking or CDC #: | X1122472 | DOB: | 2/6/69 |
| Facility Address: | 651 I Street, Sacramento, CA  95814 | Race: | |
| Facility Phone: | 916-874-6752 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　　　(signature)