UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,       | No. 2:08-cr-00446-MCE |
|---|---|
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| MARIA MOSQUEDA-GONZALEZ, | |
| Defendant. | |

The Court has received the Notice of Related Case filed on August 29, 2014 (ECF No. 8).

Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same defendant and are based on the same or similar claims, the same transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

///

///

1  The parties should be aware that relating the cases under Local Rule 123 merely
2  has the result that both actions are assigned to the same judge; no consolidation of the
3  action is affected.  Under the regular practice of this court, related cases are generally
4  assigned to the district judge and magistrate judge to whom the first filed action was
5  assigned.
6  IT IS THEREFORE ORDERED that the action denominated 2:14-cr-00181-JAM
7  reassigned to Chief Judge Morrison C. England, Jr., for all further proceedings, and any
8  dates currently set in 2:14-cr-00181-JAM are hereby VACATED.  Henceforth, the caption
9  on documents filed in the reassigned shall be shown as 2:14-cr-00181-MCE.
10 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
11 adjustment in the assignment of cases to compensate for this reassignment.
12 IT IS SO ORDERED.
13 DATED: August 29, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT