HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. 14-181 MCE, 08-446 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 15, 2015, AT 9:00 A.M. |
| v. | ) ) | |
| MARIA MOSQUESDA-GONZALEZ, | ) ) | Date:    December 18, 2014 Time:    9:00 a.m. |
| Defendant. | ) ) ) | Judge:  Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for December 18, 2014, at 9:00 a.m., to January 15, 2015, at 9:00 a.m.

Counsel for Ms. Mosqueda requires time to confer with her about immigration issues related to Case No. 14-181, and a proposed settlement that would resolve both matters presently before the Court.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through January 15, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

///

///

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 15, 2014          HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ M.Petrik_____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender

DATED: December 15, 2014          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for_____
                                  NIRAV DESAI
                                  Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  The Court orders the status conference rescheduled for January 15, 2015, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including January 15, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  December 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT